Suzanne L. Martin, Esq.
Nevada Bar No. 8833
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
KELLY & PICERNE, INC. d/b/a PICERNE REAL ESTATE GROUP

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RAYSHAWN JENKINS HARRIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

KELLY & PICERNE, INC. d/b/a PICERNE REAL ESTATE GROUP;

Defendants.

Case No. 2:26-cv-03288-JAD-EJY

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST]**

Plaintiff Rayshawn Jenkins Harris and Defendant Kelly & Picerne, Inc. d/b/a Picerne Real Estate Group, through their counsel, hereby agree and stipulate to extend the time for Defendant to respond to the Complaint from the current deadline of November 23, 2026, up to and including **February 22, 2027.**

The parties agree that good cause exists for this extension as counsel for Defendant was only recently retained. The additional time will allow defense counsel to conduct an initial investigation into the allegations and prepare a sufficient response to the Complaint. In addition, the parties anticipate engaging in early discussions to determine whether they can resolve the individual and class claims raised in the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Jason Kuller*
Jason Kuller, Esq.
Ciara Alagao, Esq.
RAFII & ASSOCIATES P.C.

Attorneys for Plaintiff
RAYSHAWN JENKINS HARRIS

Dated: November 23, 2026

Respectfully submitted,

*/s/ Andrew S. Clark*
Suzanne L. Martin, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
KELLY & PICERNE, INC. d/b/a PICERNE REAL ESTATE GROUP

**IT IS SO ORDERED.**

Dated: November 23, 2026

UNITED STATES MAGISTRATE JUDGE

4858-7505-4078.1 / 116024-1028